Robert P. Lewis, Jr., Cal.S. B. No. 057624
LAW OFFICE OF ROBERT P. LEWIS, JR.
2596 Mission Street, Suite 300
San Marino, California 91108-1679
Telephone:     (213) 623-2297
Facsimile:     (626) 403-6442
e-Mail:        rpljr@rplewislaw.net

Counsel for Plaintiff

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARDILE BROTHERS MUSHROOM PKG., INC., a Pennsylvania corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BEVERLY WORLD INDUSTRIES, INC., a California corporation, d/b/a NEW CALIFORNIA MARKET, a/t/a CALIFORNIA MARKET; HYUN SOON OH, a/k/a HYUN SOON RHEE, a/k/a HYUN SOON OH-RHEE, an individual; ABRAHAM LEE, an individual; and KATHY LEE, an individual,<br><br>　　　　　Defendants. | Case No.  2:11-cv-07978 R (RZx)<br><br>**ORDER ON STIPULATION**<br>[Hon. Manuel L. Real] |

　　THE COURT HAVING REVIEWED AND CONSIDERED the Stipulation submitted contemporaneously herewith by and between Plaintiff CARDILE BROTHERS MUSHROOM PKG., INC., a Pennsylvania corporation, and Defendants BEVERLY WORLD INDUSTRIES, INC., a California corporation, d/b/a NEW CALIFORNIA MARKET, a/t/a CALIFORNIA MARKET;

1.

_____
**[PROPOSED] ORDER ON STIPULATION**

1  HYUN SOON OH, a/k/a HYUN SOON RHEE, a/k/a HYUN SOON OH-RHEE, an
2  individual; and ABRAHAM LEE, an individual, submitted
3  contemporaneously herewith and the complaint herein having been
4  dismissed as to Defendant KATHY LEE, an individual;
5      It appearing to the satisfaction of the Court that relief in
6  accordance with the terms of the Stipulation should be entered;
7      It appearing that good cause therefor exists;
8      IT IS ORDERED that:
9      1.    The stipulation is approved; and
10     2.    This case be administratively closed, but the Court
11         retains jurisdiction to reopen the case to enforce the
12         terms and conditions of the Stipulation submitted
13         herewith.
14 Dated: January 25, 2012

                                        _____
                                          United States District Judge

Robert P. Lewis, Jr.
2596 Mission St., Suite 300
San Marino, CA 91108-1679
(213) 623-2297