```
 1  Robert P. Lewis, Jr., Cal.S. B. No. 057624
    LAW OFFICE OF ROBERT P. LEWIS, JR.
 2  2596 Mission Street, Suite 300
    San Marino, California 91108-1679
 3  Telephone:      (213) 623-2297
    Facsimile:      (626) 403-6442
 4  e-Mail:         rpljr@rplewislaw.net

 5  Counsel for Plaintiff
```

JS - 6

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDILE BROTHERS MUSHROOM PKG., INC., a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>BEVERLY WORLD INDUSTRIES, INC., a California corporation, d/b/a NEW CALIFORNIA MARKET, a/t/a CALIFORNIA MARKET; HYUN SOON OH, a/k/a HYUN SOON RHEE, a/k/a HYUN SOON OH-RHEE, an individual; ABRAHAM LEE, an individual; and KATHY LEE, an individual,<br><br>    Defendants.<br>_____ | Case No.  2:11-cv-07978 R (RZx)<br><br>**ORDER ON STIPULATION**<br>[Hon. Manuel L. Real] |

  THE COURT HAVING REVIEWED AND CONSIDERED the Stipulation submitted contemporaneously herewith by and between Plaintiff CARDILE BROTHERS MUSHROOM PKG., INC., a Pennsylvania corporation, and Defendants BEVERLY WORLD INDUSTRIES, INC., a California corporation, d/b/a NEW CALIFORNIA MARKET, a/t/a CALIFORNIA MARKET;

1.

_____
**[PROPOSED] ORDER ON STIPULATION**

Robert P. Lewis, Jr.
2596 Mission St., Suite 300
San Marino, CA 91108-1679
(213) 623-2297

1 HYUN SOON OH, a/k/a HYUN SOON RHEE, a/k/a HYUN SOON OH-RHEE, an
2 individual; and ABRAHAM LEE, an individual, submitted
3 contemporaneously herewith and the complaint herein having been
4 dismissed as to Defendant KATHY LEE, an individual;

5     It appearing to the satisfaction of the Court that relief in
6 accordance with the terms of the Stipulation should be entered;

7     It appearing that good cause therefor exists;

8     IT IS ORDERED that:

9     1.   The stipulation is approved; and

10     2.   This case be administratively closed, but the Court
11        retains jurisdiction to reopen the case to enforce the
12        terms and conditions of the Stipulation submitted
13        herewith.

14 Dated: January 25, 2012

16           _____
17           United States District Judge

Robert P. Lewis, Jr.
2596 Mission St., Suite 300
San Marino, CA 91108-1679
(213) 623-2297